May Bell Thompson v. The State.

No. 6133.   Decided February 23, 1921.

**Manslaughter—Statement of Facts—Practice on Appeal.**

In the absence of a statement of facts, exceptions to the charge of the court, etc., cannot be reviewed on appeal and the judgment must be affirmed.

Appeal from the Criminal District Court of Tarrant. Tried below before the Hon. Geo. E. Hosey.

Appeal from a conviction of manslaughter; penalty, two years imprisonment in the penitentiary.

No brief on file for appellant.

*C. M. Cureton,* Attorney General, for the State.—Cited Simpson v. State, 164 S. W. Rep., 999; Branch's Criminal Law, Page 309.

HAWKINS, Judge.—Upon an indictment for murder the appellant was convicted of manslaughter, with a punishment of two years in the penitentiary.

No statement of facts accompanies the record. No objections were made to the court's charge, and no exceptions were reserved to failure to give special charges which were refused, and in the absence of exceptions and statement of facts this court is in no position to review the matter of such failure. The record does not even contain a motion for new trial, but states: "Defendant's motion for new trial has been misplaced by the attorneys and cannot be located."

No errors appearing on the face of the record, the judgment is affirmed.

*Affirmed.*